HONORABLE JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAWN FATHERS GUN & LOAN, LLC a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GODFATHER PAWN, L.L.C., a Washington limited liability company,<br><br>Defendant. | Case No. 2:17-cv-00502-RSL<br><br>**STIPULATION AND ~~(PROPOSED)~~ ORDER TO CONTINUE ALL DEADLINES FOR A TWO-WEEK PERIOD**<br><br>NOTED: APRIL 24, 2017 |

Plaintiff Pawn Fathers Gun & Loan, LLC ("Pawn Fathers") and defendant GodFather Pawn, LLC ("Godfather") respectfully submit this Stipulated Motion to Continue All Deadlines for a Two-Week Period, subject to approval of the Court.

The parties wish to inform the Court that they have reached a tentative settlement. To avoid unnecessary cost, the parties respectfully request that the Court continue all deadlines for two weeks to allow the parties time to finalize the settlement agreement and to file a dismissal of this matter. The parties stipulate to a two-week continuance of all deadlines subject to approval

STIPULATION AND ~~(PROPOSED)~~ ORDER TO CONTINUE
ALL DEADLINES FOR A TWO-WEEK PERIOD - 1
No. 2:17-cv-00502-RSL

130703.0001/6936974.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

of the Court.

Dated: April 24, 2017

Respectfully submitted,

LANE POWEL, P.C.

By: /s/ Brian G. Bodine
　　Brian G. Bodine WSBA #22414
　　Adriane M. Scola WSBA #44478
1420 Fifth Avenue Suite 4100
Seattle, WA 98101
206.223.7000 (T)
206.223.7107 (F)
bodineb@lanepowell.com
scolaa@lanepowell.com

DWC LAW FIRM, P.S.

By: /s David Chen
David Chen, WSBA #30874
219 First Ave. South, Suite 400
Seattle, WA 98104
206.583.2609 (T)
206.583.2344 (F)
dwcdocket@dwcattorney.com

Attorneys for Plaintiff Pawn Fathers Gun & Loan, LLC

RUTTLER MILLS PLLC

By: *Daniel J. Miller*
　　Daniel J. Miller, WSBA #39384
16300 Mill Creek Blvd., #113
Mill Creek, WA 98012
206.838.6400 (T)
daniel@ruttlermills.coml

Attorneys for Defendant GodFather Pawn, LLC

STIPULATION AND (~~PROPOSED~~) ORDER TO CONTINUE
ALL DEADLINES FOR A TWO-WEEK PERIOD - 2
No. 2:17-cv-00502-RSL

130703.0001/6936974.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

**ORDER**

DATED: April 25, 2017.

SO ORDERED.

_____
Honorable Judge Robert S. Lasnik

STIPULATION AND (PROPOSED) ORDER TO CONTINUE
ALL DEADLINES FOR A TWO-WEEK PERIOD - 3
No. 2:17-cv-00502-RSL

130703.0001/6936974.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107