HONORABLE JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAWN FATHERS GUN & LOAN, LLC a Delaware limited liability company,<br><br>                            Plaintiff,<br><br>    v.<br><br>GODFATHER PAWN, L.L.C., a Washington limited liability company,<br><br>                            Defendant. | Case No. 2:17-cv-00502-RSL<br><br>**STIPULATED DISMISSAL**<br><br>NOTED: APRIL 27, 2017 |

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff Pawn Fathers Gun & Loan, LLC and defendant GodFather Pawn L.L.C., by and through their respective counsel, hereby stipulate and agree that the above-entitled action be dismissed without prejudice and without costs or attorneys' fees to any party.

Dated this 27th day of April, 2017

| | |
|---|---|
| LANE POWELL PC<br><br>By: /s Brian G. Bodine<br>Brian G. Bodine, WSBA #22414<br>Adriane M. Scola, WSBA #44478<br>bodineb@lanepowell.com<br>scolaa@lanepowell.com | RUTTLER MILLS, PLLC<br><br>By: /s Daniel J. Miller<br>Daniel J. Miller, WSBA #39384<br>Daniel@ruttlermills.com<br><br>Attorneys for Defendant GodFather Pawn, L.L.C. |

STIPULATED DISMISSAL - 1
No. 2:17-cv-00502-RSL

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

130703.0001/6939508.2

1  DWC LAW FIRM, P.S.

2  By: <u>David Chen</u>
3  David Chen, WSBA #30874
   dwcdocket@dwcattorney.com

4

5  Attorneys for Plaintiff Pawn Fathers Gun &
   Loan LLC
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED DISMISSAL - 2
No. 2:17-cv-00502-RSL

130703.0001/6939508.2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of April, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daniel Mills                          daniel@ruttlemills.com
Ruttler Mills PLLC                    info@ruttlermills.com

There are no non CM/ECF participants.

Executed this 27th day of April 2017, at Seattle, WA.


　　　　　　　　　　　　　　　　　　　　*/s Nancy Slocum*
　　　　　　　　　　　　　　　　　　　　Nancy Slocum, legal assistant

STIPULATED DISMISSAL - 3
No. 2:17-cv-00502-RSL

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

130703.0001/6939508.2